LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860

**MEMO ENDORSED**

March 25, 2008

**BY REGULAR MAIL**

Hon. Peter K. Leisure
United States District Judge
United States Courthouse
500 Pearl Street, Room 18B
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

RECEIVED
CHAMBERS OF
MAR 28 2008

Re: *Liddle & Robinson, LLP v. Garrett, et al..*
08-Civ-02965 (PKL)(MCD)

Dear Judge Leisure:

    I write with the consent of plaintiff's counsel to enlarge the time for defendants to move, answer or otherwise respond to the Complaint, which was removed to this Court March 21, to April 21. No previous requests for extensions of time have been made.

Respectfully Submitted,

Thomas M. Mullaney

Cc: James A. Batson, Esq.
    Liddle & Robinson, L.L.P.
    800 Third Avenue
    New York, NY 10022

3/31/08
SO ORDERED