LAW OFFICES OF
THOMAS M. MULLANEY
708 THIRD AVENUE, SUITE 2500
NEW YORK, NEW YORK 10017
Tel.: (212) 223-0800
Fax: (212) 661-9860

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

April 17, 2008

**BY HAND**

Hon. Peter K. Leisure
United States District Judge
United States Courthouse
500 Pearl Street, Room 18B
New York, NY 10007-1312

RECEIVED
CHAMBERS OF

APR 1 8 2008

PETER K. LEISURE
USDJ/SDNY

Re: *Liddle & Robinson, LLP v. Garrett, et al.*
   08-Civ-02965 (PKL)(MCD)

Dear Judge Leisure:

   I write with the consent of plaintiff's counsel to enlarge the time for defendants to move, answer or otherwise respond to the Complaint to April 28. One previous request for an extension of time to move or answer was made, and granted. In this instance, the Plaintiff has advised that it will be amending its complaint, and that its attorney shall advise on April 21 of a date by which the amended complaint will be served. Thus it seems likely that a responsive pleading filed on the 21st will be mooted in any event.

                                                          Respectfully Submitted,

                                                          Thomas M. Mullaney

Cc: James A. Batson, Esq.
    Liddle & Robinson, L.L.P.
    800 Third Avenue
    New York, NY 10022

4/21/08
SO ORDERED

*Peter K. Leisure*
USDJ