**MEMO ENDORSED**

## LIDDLE & ROBINSON, LLP

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE: (212) 687-1505
www.liddlerobinson.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/08
```

MIRIAM M. ROBINSON (RETIRED)

JAMES A. BATSON
BLAINE H. BORTNICK
ETHAN A. BRECHER
DAVID I. GREENBERGER
MICHAEL E. GRENERT
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

E-MAIL: jbatson@liddlerobinson.com

STEPHEN J. STEINLIGHT
ANDREA M. PAPARELLA
REBECCA A. SAENGER
DINA N. WEINBERG
DAVID H. FELDSTEIN
SHERRY M. SHORE
AMY L. STUTIUS
JESSICA H. SAVAGE*

*AWAITING ADMISSION TO THE BAR

July 8, 2008

**By Facsimile/(212) 805-7913**
The Honorable Peter K. Leisure
United States District Court
United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re:  Liddle & Robinson LLP v. Robert Y. Garrett IV and
     Jay F. Luby, Docket No. 1:08 CV 2965 (PKL)

Dear Judge Leisure:

We are the Plaintiff and write on behalf of both parties. We write to respectfully request both (1) an extension of time of until July 25, 2008 for Plaintiff to submit its Memorandum of Law in Opposition to Defendants' Motion to Dismiss; and (2) an extension of time of until August 8, 2008 for Defendants to Reply to Plaintiff's Opposition. Neither party has previously requested an extension.

Both parties hereby consent to the extensions and attach a signed stipulation.

Respectfully yours,

James A. Batson

Attachment

cc:  Thomas M. Mullaney,
     *Counsel for the Defendants*

7/09/08

SO ORDERED

[signature]
USDJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LIDDLE & ROBINSON LLP,                :
                                      :
            Plaintiff,                :    1:08 CV 2965 (PKL)
                                      :
    -against-                         :
                                      :    **STIPULATION TO EXTEND**
                                      :    **PLAINTIFF'S TIME TO**
ROBERT Y. GARRETT, IV and             :    **OPPOSE DEFENDANTS'**
JAY F. LUBY                           :    **MOTION TO DISMISS**
                                      :    **PLAINTIFF'S AMENDED**
            Defendants.               :    **COMPLAINT**
                                      :
------------------------------------X

WHEREAS, on or about June 27, 2008, Defendants Robert Y. Garrett, IV and Jay F. Luby served Plaintiff with their Motion to Dismiss the Plaintiff's Amended Complaint,

WHEREAS, Plaintiff's Opposition to Defendants' Motion to Dismiss is Due on July 11, 2008,

WHEREAS, Plaintiff requested an extension of time to Oppose Defendant's Motion to Dismiss until July 25, 2008,

WHEREAS, Defendants consented to an extension of time for Plaintiff to Oppose Defendants' Motion to Dismiss until July 25, 2008,

WHEREAS, Plaintiff has consented to an extension of time for Defendants to file any Reply in support of its Motion to Dismiss until August 8, 2008,

WHEREAS, the parties have not previously requested any extensions of time.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties to the above-captioned action, through their counsel, that Plaintiff Liddle & Robinson will have until July 25, 2008 to Oppose Defendants' Motion to Dismiss Plaintiff's Amended Complaint and that Defendants will have until August 8, 2008 to file any Reply in support of its Motion to Dismiss.

IT IS FURTHER AGREED, that: (i) this Stipulation may not be modified except in a writing signed by all parties to the Stipulation; and (ii) the provisions of this Stipulation shall be binding upon and inure to the benefit of each party and its respective successors and assigns;

IT IS FURTHER AGREED, that this Stipulation may be signed in multiple counterparts, and by facsimile, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute one and the same instrument.

Dated: New York, New York　　　　　　　　　Dated: New York, New York
　　　　July 8, 2008　　　　　　　　　　　　　　　　July 8, 2008

LIDDLE & ROBINSON, LLP　　　　　　　　　LAW OFFICES OF THOMAS M.
　　　　　　　　　　　　　　　　　　　　　　　　　MULLANEY

By: _____　　　　　　　By: _____
　　　James A. Batson　　　　　　　　　　　　　　　Thomas M. Mullaney

800 Third Avenue　　　　　　　　　　　　　　708 Third Avenue, Suite 2500
New York, New York 10022　　　　　　　　　New York, New York 10017
(212) 687-8500　　　　　　　　　　　　　　　(212) 223-0800

*Attorneys for Plaintiff*　　　　　　　　　　　　*Attorneys for Defendants*
*Liddle & Robinson, LLP*　　　　　　　　　　*Robert Y. Garrett, IV and*
　　　　　　　　　　　　　　　　　　　　　　　　　*Jay F. Luby.*